UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUTIMIO AISPURO,<br><br>                 Plaintiff,<br><br>     v.<br><br>DR. DEDILO, et al.,<br><br>                 Defendants. | Case No. 2:19-cv-06938-JAK (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff Eutimio Aispuro's claims against Defendants Doctor Gustaveson and Doctor Danilo C. Bernal in their official capacities are DISMISSED with prejudice and without leave to amend.

Dated: April 6, 2020

_____
John A. Kronstadt
United States District Judge