**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUTIMIO AISPURO,<br><br>               Plaintiff,<br><br>     v.<br><br>DR. DEDILO, et al.,<br><br>               Defendants. | Case No. 2:19-cv-06938-JAK-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: May 10, 2021

                                            JOHN A KRONSTADT
                                            United States District Judge